IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEWIS B. KIZER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-1109 |
| ) | Judge Trauger |
| PROGRESSIVE CASUALTY INS. CO. ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by the defendant Progressive Casualty Insurance Co. is **GRANTED**, and this case is **DISMISSED**.

It is so Ordered.

Entered this 12th day of May 2008.

_____
ALETA A. TRAUGER
United States District Judge